UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                                                     Chapter 7

JOHN L. FERRANTI,                                          Case No.: 06-10656 (ALG)

                 Debtor.                                     <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------x

       PLEASE TAKE NOTICE, that the undersigned appears as the attorney for Ford Motor Credit Company, and pursuant to Rules 2002 and 9007 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the office, post office and telephone number set forth below.

       PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also, includes, without limitation, orders and notices of any application, motion, schedules, disclosure statement, plan, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise: (1) which affect or seek to affect in any way any of the rights or interests of the undersigned party in interest with respect to (a) the debtor; (b) property or proceeds thereof in which the debtor or trustee may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of the undersigned party in interest which the debtor or Trustee may seek to use; or (2) which require or seek to require any action, delivery of any property, payment or other conduct by the undersigned party in interest.

DATED: Melville, New York          MACCO & STERN, LLP
        April 12, 2006                   Attorneys for Ford Motor Credit Company

                                            By:   /s/ Vincent Cuocci
                                                     VINCENT CUOCCI
                              135 Pinelawn Road, Suite 120 South
                              Melville, New York 11747
                              631-549-7900

STATE OF NEW YORK      )
COUNTY OF SUFFOLK     )  ss.:

      APRIL RICCIO, being duly sworn, deposes and says:  deponent is not a party to the action, is over 18 years of age and resides at Massapequa, New York.

      On April 13, 2006 deponent served the within

NOTICE OF APPEARANCE

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Office of the U.S. Trustee*
*33 Whitehall Street, 21st Floor*
*New York, NY 10004*

*Peter T. Nguyen, Esq.*
*Attorney for debtor*
*Park & Nguyen*
*1808 Paulding Avenue, 2nd Floor*
*Bronx, NY 10462*

*Alan Nisselson, Esq.*
*Chapter 7 Trustee*
*Brauner Baron Rosenzweig & Klein*
*61 Broadway, 18th Floor*
*New York, NY 10006*

*John L. Ferranti*
*558 B. Logan Avenue*
*Bronx, NY 10465*

                                                /s/ April Riccio
                                                APRIL RICCIO

Sworn to before me this
13th day of April, 2006
/s/ Michael Vuolo
    Notary Public
Michael Vuolo
Notary Public, State of New York
No. 01VU6071481
Qualified in Queens County
Commission Expires March 18, 2010