# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
One Bowling Green
New York, NY 10004–1408

IN RE: John L Ferranti                                    CASE NO.: 06–10656–alg

SSN/TAX ID: xxx–xx–6237                                   CHAPTER: 7

## NOTICE OF REQUIREMENT TO FILE A
## STATEMENT OF COMPLETION OF COURSE IN
## PERSONAL FINANCIAL MANAGEMENT
### (Official Form 23)

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727). Pursuant to Rule 1007(b)(7) of the Interim Rules of Bankruptcy Procedure, the debtor(s) must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23)* as described in 11 U.S.C. § 111.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that Official Form 23 must be filed before a discharge can be entered. Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must file Official Form 23 within 45 days after the first date set for the meeting of creditors under § 341. Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 23, the debtor(s) must pay the full reopening fee due for filing the motion.

Please Note: If you do not file Official Form 23 before the date at which you would otherwise be entitled to receive a discharge, you will not receive a discharge and your case will be closed without entry of a discharge. If your case is closed prior to filing of Official Form 23, you will be required to file a Motion to Reopen the Case to allow for the filing of Official Form 23 and to pay required fees, if any become due, applicable to either the reopening of the case or the filing of the motion.


Dated: June 20, 2006                              Kathleen Farrell–Willoughby
                                                  Clerk of Court



*NOTE: Official Interim Form 23 (Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management) must be filed in all individual chapter 13 and chapter 7 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See Interim Rule 1007(b)(7).